**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alfredo SIMPSON, Defendant–Appellant.**

**No. 02–6280.**

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 6, 2002.

Alfredo Simpson, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Alfredo Simpson appeals the district court's orders denying his "Motion to Vacate Judgement[sic] Under Rule 12(b)(2)" and his Fed.R.Civ.P. 59(e) motion. We

have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Simpson,* No. CR–90–67–3 (E.D.N.C. June 26, 2001; Oct. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*